3975 Airways Blvd
Memphis, TN 38116-4634
US
Telephone 800.463.3339

FedEx®

**VIA EMAIL:** [redacted]@usdoj.gov

November 5, 2019

[redacted]
USDOJ/U.S. Atty. Office
1 Saint Andrews Plaza
New York, NY 10007

Dear [redacted]:

I am writing in regard to your October 23, 2019 shipment, under package tracking number 856351660142.

Thank you for bringing this matter to our attention. According to our records, this shipment was tendered to FedEx on Wednesday, October 23, for delivery by 8:00 p.m. on Friday, October 25, provided there were no Customs or otherwise unforeseen delays. Our records show that this shipment was addressed to: ATTN: LEGAL DEPT, TURKIYE HALK BANKASI A.S, BARBAROS MAH SEBBOY SOK, NO:4/1 KAT:21 BATI ATAZEHIR P., ISTANBUL, 34746, TR. Unfortunately, the recipient has refused delivery of this shipment.

On October 25, the recipient sent the following communication to FedEx in Turkey:

ABD NewYork Güney Bölge Başsavcılığı tarafından, 8563 5166 0162 0402 Takip numaralı FedEx aracılığıyla gönderilen belgeler, ABD ile Türkiye Cumhuriyeti arasında imzalanan sözleşmelerdeki hukuki tebligat şartlarına uygun olmayan şekilde gönderildiği için Bankamız tarafından kabul edilmeden iade edilmiştir.

T. HALKBANKASI A.Ş.
HUKUK İŞLERİ DAİRE BAŞKANLIĞI

25/10/2019 16:50

Please be informed that this package (FedEx Tracking Number: 8563 5166 0162 sent by the U.S Attorney's Office for the Southern District of New York was and not accepted by this Bank, since the form of delivery is not in complia with the legal service provisions of bilateral treaties between the Turkish Republic and the U.S.

Legal Depart
T. HALKBANKASI

25 Oct. 2019

███████

Page 2
November 5, 2019

Although nothing we can do or say can change the circumstances that have occurred, it is our hope that the information in this letter will help demonstrate to all concerned parties your efforts and intent to arrange the prompt delivery of this shipment as scheduled, and that the circumstances will not be allowed to reflect negatively upon those efforts.

On behalf of FedEx, I sincerely hope that this information is helpful. We appreciate your patronage, and your patience, and hope to have an opportunity in the future to serve your shipping needs.

Respectfully,

███████

Customer Correspondent

jcl/724959