USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

               Government,

-against-

TÜRKİYE HALK BANKASI A.S.,
    a/k/a "Halkbank,"

               Defendant.
------------------------------------------------------------X

**ORDER**

S6 15 CR 867 (RMB)

The parties are directed to include in their letter briefs <u>separate</u> short proposed orders which set forth next steps in this case (with time frames) in the event that the Defense motion for a "special appearance" is granted or if it is denied by the Court, as the case may be.

Dated: New York, New York
November 7, 2019

                                                       /s/ RMB
                                         **RICHARD M. BERMAN**
                                               U.S.D.J.