UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TÜRKIYE HALK BANKASI A.Ş.,<br><br>Defendant. | S6 15 Cr. 867 (RMB) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the request filed by counsel for TÜRKIYE HALK BANKASI A.Ş. (referred to herein as "Halkbank") and for the reasons stated in support thereof, it is hereby

ORDERED that counsel for Halkbank are granted leave to enter a special and limited appearance on behalf of Defendant Halkbank for the purposes of (a) moving to seek the Court's recusal from this case; and (b) moving to dismiss for lack of personal jurisdiction.

It is further ORDERED that Halkbank submit briefs in support of its recusal motion by _____, the Government's response to be filed fourteen (14) days later, and Halkbank's reply to be filed seven (7) days after that.

SO ORDERED:

_____        _____
HONORABLE RICHARD M. BERMAN            Date
UNITED STATES DISTRICT JUDGE