# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 35th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Andrew C. Hruska
Partner
Direct Dial: +1 212 556 2278
Direct Fax: +1 212 556 2222
ahruska@kslaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/19
```

December 17, 2019

**VIA HAND DELIVERY**

MEMO ENDORSED 

Honorable Richard M. Berman, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Türkiye Halk Bankasi A.Ş., a/k/a/ "Halkbank"**
            **U.S. District Court for the Southern District of New York**
            **No. 1:15-cr-00867-RMB**

Dear Judge Berman:

      We submit this letter, along with the attached appendices, to request this Court stay further proceedings on behalf of Türkiye Halk Bankasi A.Ş. ("Halkbank" or the "Bank"). On December 17, 2019, the Bank filed a petition for mandamus to the Second Circuit, seeking an order directing this Court to allow Halkbank to enter a special appearance. The petition is attached to this letter as Attachment B. The Bank respectfully requests that this Court stay all proceedings, including the show cause briefing, hearing, and the subsequent arraignment, pending a decision by the Second Circuit on the Bank's mandamus petition. As set forth in the attached Memorandum of Law (Attachment A), a stay is required to protect the Bank from irreparable harm while the petition is pending.

                        *      *      *      *      *

For the foregoing reasons and the reasons set forth in Halkbank's Memorandum of Law, this Court should grant Halkbank's request to stay proceedings pending the Second Circuit's ruling on the Bank's mandamus petition.

Respectfully,

Andrew C. Hruska

By E-Mail and U.S. Mail:
Michael Dennis Lockard, Esq.
Sidhardha Kamaraju, Esq.
David William Denton, Jr., Esq.
Jonathan Rebold, Esq.
Kiersten Fletcher, Esq.
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

By Hand:
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 17B
500 Pearl St.
New York, New York 10007

> The Govt is requested to respond to Halkbank's motion to stay further proceedings by 5 P.M. on 12/19/19. Govt may submit a letter brief with authorities.
>
> SO ORDERED:
> Date: 12/18/19
> Richard M. Berman, U.S.D.J.