UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Government,

-against-

TÜRKİYE HALK BANKASI A.S.,
    a/k/a "Halkbank,"

                      Defendant.
-------------------------------------------------------------X

**ORDER**

S6 15 CR 867 (RMB)

If Defendant Halkbank wishes to file a reply regarding its motion to stay further proceedings, it shall do so by 4:00 pm today, Monday, December 23, 2019. A reply may be submitted in letter form.

Oral argument is not necessary.

Dated: December 23, 2019
New York, New York

*/s/ Richard M. Berman*

**RICHARD M. BERMAN**
**U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/19