## Lockard, Michael (USANYS)

| | |
|---|---|
| **From:** | Johnson, William <WJohnson@KSLAW.com> |
| **Sent:** | Friday, October 18, 2019 4:06 PM |
| **To:** | Lockard, Michael (USANYS); Kamaraju, Sidhardha (USANYS); Denton, David (USANYS); Rebold, Jonathan (USANYS); Fletcher, Kiersten (USANYS) 1 |
| **Cc:** | Hruska, Andrew; Johnson, William |
| **Subject:** | FW: US v. Halkbank, S6 15 Cr. 867 (RMB) |
| **Attachments:** | KS letter to J. Berman 10.18.19.pdf |

Michael, et al.,

Please see attached correspondence just delivered to the Court this afternoon.

Best,

Bill


Begin forwarded message:

> **From:** "Lockard, Michael (USANYS)" <Michael.Lockard@usdoj.gov>
> **Date:** October 16, 2019 at 11:41:49 AM EDT
> **To:** "'Hruska, Andrew'" <AHruska@KSLAW.com>
> **Cc:** "Kamaraju, Sidhardha (USANYS)" <Sidhardha.Kamaraju@usdoj.gov>, "Denton, David (USANYS)" <David.Denton@usdoj.gov>, "Rebold, Jonathan (USANYS)" <Jonathan.Rebold@usdoj.gov>, "Fletcher, Kiersten (USANYS) 1" <Kiersten.Fletcher@usdoj.gov>
> **Subject: RE: US v. Halkbank, S6 15 Cr. 867 (RMB)**
>
> **External Sender**
> Sorry, summons attached.
>
> **From:** Lockard, Michael (USANYS)
> **Sent:** Wednesday, October 16, 2019 11:41 AM
> **To:** 'Hruska, Andrew' <AHruska@KSLAW.com>
> **Cc:** Kamaraju, Sidhardha (USANYS) <SKamaraju@usa.doj.gov>; Denton, David (USANYS) <DDenton@usa.doj.gov>; Rebold, Jonathan (USANYS) <JRebold@usa.doj.gov>; Fletcher, Kiersten (USANYS) 1 <KFletcher1@usa.doj.gov>
> **Subject:** US v. Halkbank, S6 15 Cr. 867 (RMB)
>
> Drew,
>
> Attached is a copy of the summons issued by the Court. Please confirm if you will accept service on behalf of your client or, if not, to whom we should send it to accept service. The initial appearance is October 22, 2019 at 9:15 a.m.
>
> Regards,
>
> Michael D. Lockard
> Assistant United States Attorney
> U.S. Attorney's Office, Southern District of New York

One St. Andrew's Plaza | New York, New York 10007

(212) 637-2193 (direct) | (212) 637-0097 (fax) | michael.lockard@usdoj.gov

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Andrew C. Hruska
Partner
Direct Dial: +1 212 556 2278
Direct Fax: +1 212 556 2222
ahruska@kslaw.com

October 18, 2019

**VIA HAND DELIVERY**

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Turkiye Halk Bankasi, A.S., a/k/a "Halkbank," No. S6 Cr. 867 (RMB)

Dear Judge Berman:

      I am a partner of King & Spalding LLP and an attorney admitted to practice in this district. The U.S. Attorney's office has informed me that the Court has issued a summons in United States v. Turkiye Halk Bankasi, A.S., a/k/a "Halkbank," No. S6 Cr. 867 (RMB), for an initial appearance on October 22, 2019 at 9:15 a.m. Neither I nor my firm are authorized to accept service on behalf of Halkbank and are not authorized to make an appearance in this case.

      The U.S. Attorney's office transmitted a copy of the summons to me by email on Wednesday October 16. Although the summons claims that I am "legally authorized to receive service of process" on behalf of defendant Halkbank, this is incorrect. Although King & Spalding has represented Halkbank in connection with the Department of Justice's prior investigation regarding Halkbank, at no point has King & Spalding been authorized to accept service of a summons or other legal process on behalf of Halkbank, and we have so informed the U.S. Attorney's office. Indeed, although the summons had already been executed with my name filled in as the representative authorized to accept service, when the Assistant U.S. Attorney sent it to me, he asked me to "confirm if you will accept service on behalf of your client or, if not, to whom we should send it to accept service." I informed the U.S. Attorney's Office during our conversation on Wednesday that I was not authorized to accept service.

October 18, 2019
Page 2

      We will contact the Court and the U.S. Attorney's office if we have any new information relevant to this matter.

                                              Respectfully submitted,

                                              Andrew C. Hruska
                                              AH3224

cc:     AUSA Michael Lockard
         AUSA Sidhardha Kamaraju
         AUSA David Denton
         AUSA Jonathan Rebold
         AUSA Kiersten Fletcher
         (all by electronic mail)