# Lockard, Michael (USANYS)

| | |
|---|---|
| **From:** | Lockard, Michael (USANYS) |
| **Sent:** | Monday, December 9, 2019 5:31 PM |
| **To:** | tahsin.yazar@hmb.gov.tr |
| **Cc:** | Rebold, Jonathan (USANYS); Fletcher, Kiersten (USANYS) 1; Kamaraju, Sidhardha (USANYS); Denton, David (USANYS) |
| **Subject:** | United States v. Turkiye Halk Bankasi, A.S., S6 15 Cr. 867 (RMB) (SDNY) |
| **Attachments:** | 2019.12.09 Order setting contempt schedule (DE 582).pdf; 2019.10.23 Summons.pdf; S6 15 Cr 867 (RMB) US v Halkbank indictment (filed).pdf |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | tahsin.yazar@hmb.gov.tr | |
| | Rebold, Jonathan (USANYS) | Delivered: 12/9/2019 5:31 PM |
| | Fletcher, Kiersten (USANYS) 1 | Delivered: 12/9/2019 5:31 PM |
| | Kamaraju, Sidhardha (USANYS) | Delivered: 12/9/2019 5:31 PM |
| | Denton, David (USANYS) | Delivered: 12/9/2019 5:31 PM |

Mr. Yazar,

Attached please find a copy of the order issued by the United States District Court this morning in *United States v. Turkiye Halk Bankasi, A.S.*, S6 15 Cr. 867 (RMB) (SDNY). Also attached is a copy of the summons dated October 23, 2019 and the sixth superseding indictment in this matter.

Regards,

Michael D. Lockard
Assistant United States Attorney
U.S. Attorney's Office, Southern District of New York
One St. Andrew's Plaza | New York, New York 10007
(212) 637-2193 (direct) | (212) 637-0097 (fax) | michael.lockard@usdoj.gov

1

**Attachments omitted**