

## OUR BANK HAS FILED A CRIMINAL COMPLAINT

Subject: Statement made pursuant to Communiqué Serial: VIII, No: 54 of the Capital Markets Board

Borsa Istanbul<br>ISTANBUL

**Material Event(s) to be disclosed:**

In accordance with the provisions of the Code of Criminal Procedure and the Banking Law, our bank has filed a criminal complaint against the publisher, executives, and the columnist of Daily Taraf for publishing a news article titled "Halkbank engages in money laundering" in their January 28, 2014 issue. The article contains baseless and unwarranted comments about Halkbank and misleads public opinion. They claim that the title of the article was based on a fact contained in the investigation file despite the fact that the investigation has been undertaken by the Office of the Chief Public Prosecutor of the Republic and a confidentiality order has been imposed regarding the scope of the investigation. Additionally, a media blackout has been imposed by the Criminal Court of First Instance. Our bank will exercise its other legal rights separately.

We hereby declare that our above statements conform with the principles contained in the Capital Markets Board Communiqué Serial VIII, No. 54, that it fully reflects the information received in connection with the matter(s); that the information complies with books, records and documents; that we have spent all the necessary efforts to obtain complete and accurate information related to the matter; and that we are responsible for all statements made in this regard.

**TÜRKİYE HALKBANKASI A.S.**

**For further information please e-mail to halkbank.IR@halkbank.com.tr
or call Halkbank Investor Relations (+90 216 503 59 17)**