

GENEL MÜDÜRLÜK
FİNANSAL MUHASEBE VE RAPORLAMA DAİRE BAŞKANLIĞI

### İÇSEL BİLGİLERE İLİŞKİN ÖZEL DURUM AÇIKLAMA FORMU

Ortaklığın Adresi : Barbaros Mah. Şebboy Sok. No:4 Ataşehir/İstanbul
Telefon ve Faks No : 0216 503 70 70 - 0212 340 93 99
E-posta adresi : halkbank.ir@halkbank.com.tr
Ortaklığın Yatırımcı/Pay Sahipleri ile
İlişkiler Biriminin Telefon-Faks No : 0216 503 54 04 – 0212 340 09 90
Tarih : 12.05.2017
Konu : Basında Yer Alan Haberler Hakkında

MERKEZİ KAYIT KURULUŞU A.Ş.

Açıklanacak Özel Durumlar: Bankamız Genel Müdürü Sayın Ali Fuat Taşkesenlioğlu'na atıfta bulunarak Sermaye Benzeri Tahvil İhracından vazgeçildiğine dair bugün itibarıyla yayınlanmış olan haberle ilgili açıklama aşağıdaki gibidir.

Bilindiği üzere Bankamız Genel Müdür Yardımcısı Mehmet Hakan Atilla Bankamızın Sermaye Benzeri Tahvil İhracı işlemi için yaptığı görev seyahati esnasında ihraç işlemini tamamlamak üzere Amerika Birleşik Devletleri'nden İngiltere'ye gitmek üzereyken New York JFK Havalimanı'ndan tutuklanmış ve kendisiyle ilgili olarak bir dava süreci başlatılmıştır. Söz konusu olay nedeniyle ertesi gün için Londra'dan yapılması öngörülen talep toplama işlemi teknik olarak yapılamadığından tahvil ihracı işleminin öngörüldüğü zaman çizelgesi içinde gerçekleştirilmesinden vazgeçilmiş ve genel ve küresel gelişmeler dahilinde ihracın gerçekleştirilmesi için uygun olacak yeni bir zaman dilimi arayışına girilmiştir. Bankamızın tahvil ihracı işleminin iptal edilmesi sürecin hiçbir anında söz konusu olmamıştır.

9 Mayıs 2017 tarihinde Bankamızın 2017 yılı birinci çeyrek finansal verilerinin açıklanmasıyla Tahvil İhracı dokümantasyonun güncellenmesi çalışmaları başlatılmış ve genel ve küresel gelişmeler ve fiyat dinamikleri çerçevesinde ihracın yapılabileceği uygun bir zaman dilimi arayışına devam edilmektedir.

Amerika Birleşik Devletleri'nde devam eden dava süreciyle ilgili bir konuşma bağlamında, teknik sebeplerle yapılamayan talep toplama işlemi nedeniyle o gün itibarıyla planlandığı zaman dilimi içerisinde tamamlanmasından vazgeçilen tahvil ihracı işlemimizden bahsedilmesi ne yazık ki Sermaye Benzeri Tahvil İhracımızın iptali şeklinde anlaşılmış ve bu şekilde basına yansıtılmıştır.

Anılan dava ile ilgili olarak Bankamıza yönelik bir soruşturma ya da Bankamızın bir dava sürecine dahil edilmesi söz konusu olmadığı gibi dava kapsamında sayılan somut işlemlere de Bankamızca aracı olunmamıştır. Bankamız işlemlerinde Amerika Birleşik Devletleri yaptırımlarının ihlaline yol açabilecek hiçbir işlem yoktur ve Bankamız kontrol ve denetim süreçleri herhangi bir olası sahtekarlığa izin vermeyecek şekilde yapılanmıştır. Dolayısıyla tüm işlemlerimizde ulusal ve uluslararası düzenlemelere her zaman tam bir şekilde uyum sağlanmıştır.

Dolayısıyla Bankamızın tahvil ihracına engel, ne devam eden dava ile ilgili olarak ne de herhangi başka hiçbir hukuki durum bulunmamaktadır ve Bankamızın Sermaye Benzeri Tahvil İhracı çalışmalarının iptali söz konusu olmayıp aynı şekilde devam etmektedir.

Kamuoyunun bilgisine sunarız.

Açıklamanın İngilizce versiyonu aşağıda verilmektedir. / English version of the disclosure is stated below.

The explanation regarding the recent news about the waiver of the issuance of Subordinated Tier 2 Bond which is attributed to the statements of Mr. Ali Fuat Taşkesenlioğlu, the General Manager of our Bank is as follows:

As is known, Mr. Mehmet Hakan Atilla, the Deputy General Manager of our Bank, was detained at New York John F. Kennedy Airport on his way to the UK from the USA where he was on business travel for the transaction of the Subordinated Tier 2 Bond Issuance and the lawsuit process related with him has been commenced. Due to the fact that the book-building process, which was projected to be held on the following day in London, could not be realized technically because of the above-cited incident, the issuance of subordinated Tier 2 bond was waived in the course of the planned timetable and a new timeframe suitable for the realization of the issuance within the scope of overall and global developments has been sought. The cancellation of the bond issuance has not come into question at any point of the process.

Documentation update for the Subordinated Tier 2 Bond Issuance has been initiated following the disclosure of the 2017 first quarter financials of our Bank on May 9th, 2017 and search for an appropriate timeframe within the framework of overall and global developments and pricing dynamics continues.

During a speech in respect of the ongoing lawsuit process in the USA, a notice which refers to the waiver of the bond issuance in the course of the planned timetable as of that day was unfortunately misperceived as the cancellation of our Subordinated Tier 2 Bond Issuance and reflected in the press the same way.

There is neither an investigation or a legal process against our Bank nor has our Bank mediated the material transactions referred in the case. Halkbank has not executed any transaction to violate US sanctions and our Bank's control and auditing processes are organised in the way that no potential fraud is allowed. Thus, all of our transactions have always been in full compliance with national and international regulations.

Therefore, there is no legal obstacle preventing our Bank from bond issuance arising either from the ongoing legal case or any other legal proceeding, and Subordinated Tier 2 Bond issuance has not been cancelled an it continues in its ordinary course.

We bring to the public attention.

In contradiction between the Turkish and English versions of this public disclosure, the Turkish version shall prevail.

Yukarıdaki açıklamalarımızın, Sermaye Piyasası Kurulu'nun yürürlükteki Özel Durumlar Tebliğinde yer alan esaslara uygun olduğu, bu konuda/konularda tarafımıza ulaşan bilgileri tam olarak yansıttığını; bilgilerin defter, kayıt ve belgelerimize uygun olduğunu, konuyla ilgili bilgileri tam ve doğru olarak elde etmek için gerekli tüm çabaları gösterdiğimizi ve yapılan bu açıklamalardan sorumlu olduğumuzu beyan ederiz.

Saygılarımızla,

TÜRKİYE HALK BANKASI A.Ş.
GENEL MÜDÜRLÜĞÜ