

GENEL MÜDÜRLÜK
FİNANSAL MUHASEBE DAİRE BAŞKANLIĞI

### İÇSEL BİLGİLERE İLİŞKİN ÖZEL DURUM AÇIKLAMA FORMU

| | |
|---|---|
| Ortaklığın Unvanı/Ortakların Adı | : Türkiye Halk Bankası A.Ş. |
| Adresi | : Barbaros Mah. Şebboy Sok. No:4 Ataşehir/İstanbul |
| Telefon ve Fax No | : 0216 503 70 70 - 0212 340 93 99 |
| E-posta adresi | : halkbank.ir@halkbank.com.tr |
| Ortaklığın Yatırımcı/Pay Sahipleri ile İlişkiler Biriminin Telefon-Faks No | : 0216 503 54 50 – 0212 340 09 90 |
| Tarih | : 04.01.2018 |
| Özet Bilgi | : ABD'deki Dava Hakkında |

MERKEZİ KAYIT KURULUŞU A.Ş.

Açıklanacak Özel Durumlar: Bankamız Genel Müdür Yardımcısı Sn. Mehmet Hakan Atilla hakkında, ABD'de görülmekte olan davanın ilk yargılama safhasında, kendisine atfedilen suçların bir kısmı için Mahkeme Jürisi tarafından suçlu olduğu yönünde karar verilmiştir. Bundan sonraki süreçte, verilen karar hakkında temyiz dahil tüm yasal yollara müracaat edilmesi imkan dahilinde olup dava ile ilgili hukuki süreç henüz sonuçlanmamıştır.

Bahse konu davada Bankamız taraf olmadığı gibi Mahkeme tarafından Bankamız hakkında alınmış herhangi idari veya mali bir karar bulunmamaktadır.

Genel Müdür Yardımcımız hakkındaki Mahkeme Jürisi kararına dayanılarak, henüz hukuki süreci tamamlanmayan davayla ilgili olarak Bankamızın güven ve itibarını sarsıcı nitelikte açıklama veya haber yapılmasının Bankacılık Kanununun "İtibarın Korunması" başlıklı madde hükümlerine aykırılık teşkil edeceğini hatırlatmak isteriz.

Bankamız, tüm iş ve işlemlerinde ulusal ve uluslararası düzenlemelere her zaman hassas bir şekilde uymakta olup uyum politikasını uluslararası standartlarda daha da geliştirmek için yoğun bir çaba harcamaktadır.

Bankamız tarafından, bankacılık hizmetleri sunulurken mevcut düzenlemeler ve diğer tüm bankalarca bilinen ve izlenen dış ticaret uygulamaları dışında herhangi bir mekanizma, yöntem veya sistem kullanılmamaktadır. Yapılan dış ticaret işlemleri ve para transferleri açık, şeffaf ve ilgili otoritelerce izlenebilir durumdadır. Bankamız, işlemlerindeki şeffaflık ve uluslararası düzenlemelere uyum politikasını bundan sonra da kararlı bir şekilde devam ettirecektir.

Ülkemiz ekonomisine 80 yıldır hizmet sunan Bankamızın, faaliyetlerini geçmişte olduğu gibi bugün ve gelecekte de tüm ulusal ve uluslararası düzenlemelere uygun, güçlü, güvenilir ve kesintisiz bir şekilde sürdüreceğini kamuoyunun bilgisine sunarız.

Açıklamanın İngilizce versiyonuna aşağıda yer verilmektedir./ English version of the disclosure is stated below.

Our Bank's Deputy General Manager Mr. Mehmet Hakan Atilla has been convicted by the Jury for some of the crimes attributed to him at the first trial stage of the case in the United States. The legal process has not yet been concluded and Mr. Mehmet Hakan Atilla has right to appeal against this decision.

As a matter of fact, neither has our Bank been a party to the case nor is there administrative or financial decision taken against our Bank by the Court.

We would like to remind that to make news which discredit our Bank and damage its reputation based on the decision of the jury regarding our Deputy General Manager about the judicial process which is not yet concluded would be against the principles of the article titled "Protection of Reputation" of the Banking Law.

Our Bank always adheres sensitively to national and international regulations in all its business and transactions and puts utmost effort to improve its compliance policy further within the framework of international standards.

No mechanism, method or system other than those in the existing regulations and those known to and followed by all other banks in foreign trade practices have been used by our Bank when offering banking services. The foreign trade transactions and money transfers are carried out in an open and transparent manner which can be monitored by the related authorities on the system. Our Bank is always going to maintain its policy of transparency in the transactions and compliance to international regulations decisively.

We kindly bring to the public attention that our Bank, which has been providing services to the economy of our country for 80 years, is continuing its operations, and will to do so in the future, in accordance with national and international regulations in a strong, reliable and uninterrupted manner as it did in the past.

In case of any contradiction between the Turkish and English versions of this public disclosure, the Turkish version shall prevail.

Yukarıdaki açıklamalarımızın, Sermaye Piyasası Kurulu'nun yürürlükteki Özel Durumlar Tebliğinde yer alan esaslara uygun olduğunu, bu konuda/konularda tarafımıza ulaşan bilgileri tam olarak yansıttığını, bilgilerin defter, kayıt ve belgelerimize uygun olduğunu, konuyla ilgili bilgileri tam ve doğru olarak elde etmek için gerekli tüm çabaları gösterdiğimizi ve yapılan bu açıklamalardan sorumlu olduğumuzu beyan ederiz.

Saygılarımızla,

TÜRKİYE HALK BANKASI A.Ş.
GENEL MÜDÜRLÜĞÜ