# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:15-cr-00867-RMB-10

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of January, two thousand twenty.

Before:   Raymond J. Lohier, Jr.,
          *Circuit Judge.*

---

In Re: Turkiye Halk Bankasi A.S.,
       Petitioner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Turkiye Halk Bankasi A.S.,

       Petitioner,

v.

United States of America,

       Respondent.

**ORDER**

Docket No. 19-4203

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _Jan. 31, 2020_

---

Petitioner moves for an emergency stay of proceedings in the district court pending decision on its petition for a writ of mandamus and further moves for an expedited decision. The Government opposes the motion to stay.

IT IS HEREBY ORDERED that, to the extent the motion to stay seeks a temporary administrative stay pending determination of the motion by a three-judge panel, the motion is GRANTED. The motion is REFERRED to a three-judge motions panel on an expedited basis.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/31/2020