USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

      Government,

 -against-

TÜRKİYE HALK BANKASI A.S.,
 a/k/a "Halkbank,"

      Defendant.
------------------------------------------------------------X

**ORDER**

S6 15 CR 867 (RMB)

The hearing previously scheduled for tomorrow, February 25, 2020, at 10:00 a.m. is hereby converted into a status/scheduling conference at the same time and on the same date.

Dated: February 24, 2020
   New York, New York

               RMB
              _____
              **RICHARD M. BERMAN**
              U.S.D.J.