

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2020

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Turkiye Halk Bankasi, A.S.,**
                 **S6 15 Cr. 867 (RMB)**

Dear Judge Berman:

    The Government writes to request an order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161, until the arraignment scheduled for March 3, 2020. The ends of justice served by the proposed exclusion outweigh the best interest of the public and the defendant in a speedy trial, so that the defendant and its counsel can consult regarding the arraignment as discussed at the initial appearance on February 25, 2020. *See* 18 U.S.C. § 3161(h)(7)(A). Defense counsel was informed of this request on February 25, 2020, and we have not yet been advised whether counsel consents or objects.

                     Respectfully submitted,

                     GEOFFREY S. BERMAN
                     United States Attorney

              by:   */s/*
                    Michael D. Lockard
                    Assistant United States Attorney
                    (212) 637-2193

cc: Counsel of record (by ECF)