**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2020

**BY ECF**

Honorable Richard M. Berman     **MEMO ENDORSED**
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2020

Re:  **United States v. Turkiye Halk Bankasi, A.S.,**
     **S6 15 Cr. 867 (RMB)**

Dear Judge Berman:

The Government writes to request an order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161, until the arraignment scheduled for March 3, 2020. The ends of justice served by the proposed exclusion outweigh the best interest of the public and the defendant in a speedy trial, so that the defendant and its counsel can consult regarding the arraignment as discussed at the initial appearance on February 25, 2020. *See* 18 U.S.C. § 3161(h)(7)(A). Defense counsel was informed of this request on February 25, 2020, and we have not yet been advised whether counsel consents or objects.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
Michael D. Lockard
Assistant United States Attorney
(212) 637-2193

*[Handwritten endorsement:]* Application Granted for the reasons set forth in the Gov't's 2/26/20 letter.

SO ORDERED: cc: Counsel of record (by ECF)
Date: 2/26/20  Richard M. Berman
              Berman, U.S.D.J.