# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 35th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Andrew C. Hruska
Partner
Direct Dial: +1 212 556 2278
Direct Fax: +1 212 556 2222
ahruska@kslaw.com

March 5, 2020

**VIA ECF**

Honorable Richard M. Berman, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Türkiye Halk Bankasi A.S., a/k/a/ "Halkbank"
               U.S. District Court for the Southern District of New York
               No. 1:15-cr-00867-RMB

Dear Judge Berman:

      We write regarding the Court's direction at the February 25, 2020 conference that Halkbank and the prosecution meet and confer regarding the arraignment colloquy. We propose the arraignment follow the requirements of Federal Rule of Criminal Procedure 10, but the prosecution has proposed additional elements that are not relevant to an arraignment under Rule 10 and, in some instances, are based on an apparent mistake of law.

      Halkbank is ready to proceed with an arraignment that adheres to Rule 10.

      We have, therefore, been unable to reach an agreement with the prosecution on the content of the colloquy and attach our own proposed colloquy. FRCP 10 requires that an arraignment consist of three points: (1) ensuring that the defendant has a copy of the indictment; (2) reading the indictment to the defendant; and then (3) asking the defendant to plead to the indictment.

      The prosecution requests that the court inquire into issues that are irrelevant to this Rule and unnecessary to proceed with the arraignment. We respectfully request that the Court perform Halkbank's submitted proposed colloquy.

Respectfully Submitted,

Andrew C. Hruska