UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                            Government,             :
                                                    :       15 Cr 867 (RMB)
                                                    :
            - against -                             :       **ORDER**
                                                    :
Halkbank,                                           :
                                                    :
                            Defendant.              :
-----------------------------------------------------------------x

The arraignment in this matter is rescheduled from 9:30 am on March 31, 2020 to 10:30 am on March 31, 2020.

Dated: New York, New York
       March 19, 2020

                                        _____
                                        **RICHARD M. BERMAN**
                                        U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020
```