UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                              **ORDER**

        -against-

                                              15 **CR.** 867 (RMB)

TURKIYE HALK BANKASI A.S.,
A/K/A HALKBANK,
                    Defendant.
-----------------------------------------------------------X

The conference scheduled for Tuesday, March 31, 2020 at 10:30 am will be held via teleconference. Dial in instructions are as follows:

Teleconference number: 1-877-336-1829

Access code: 6265989

Interested parties and counsel should contact Chambers via email, at bermannysdchambers@nysd.uscourts.gov by Monday, March 30, 2020 noon, to obtain the security code needed to participate in the teleconference.

The Court requests that King & Spalding file on the public docket as soon as possible the written documentation from Halkbank authorizing King & Spalding to conduct the arraignment.

Dated: New York, New York
        March 24, 2020

                                              */s/ RMB*
                                      **RICHARD M. BERMAN, U.S.D.J.**