LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

ROBERT M. CARY
(202) 434-5175
rcary@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 27, 2020

<u>Via ECF</u>

Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Türkiye Halk Bankasi A.Ş.*, S6 15 Cr. 867 (RMB)

Dear Judge Berman:

Pursuant to the Court's February 25, 2020, order, I attach Halkbank's authorization to appear in the above-captioned case.

Respectfully,

S/ Robert M. Cary

Robert M. Cary
Williams & Connolly LLP
650 Fifth Avenue, Suite 1500
New York, NY 10019
rcary@wc.com
202-434-5175

Enclosure

cc:   Counsel of record



**HALKBANK**
TÜRKİYE HALK BANKASI A.Ş.
Sermayesi: 1,250,000,000,-TL

Department: Legal Affairs Department
Subject     : Authorization

Date : 27.03.2020
No   : 648

WILLIAMS&CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005, USA

To Mr. Robert M. Cary, Esq.'s Attention,

At the meeting of the Board of Directors of our Bank held on March 27, 2020,

On condition that the Bank reserve all of its relevant rights and defenses and without waiving any of them, the Board has decided on the following:

1) Williams & Connolly shall be authorized to represent the Bank at the proceedings in the U.S. District Court for the Southern District of New York – No: 1:15-cr-00867-RMB – under U.S. Federal Rule of Criminal Procedure 43(b)(1);

2) It shall further be authorized to notify the Court that the Bank acknowledges that it has been informed about the above-referenced indictment at the hearing, if inquired by the Court;

3) It shall also be authorized to enter a plea of non-guilty in response to the relevant allegations on behalf of the Bank;

4) The authorization shall be valid unless and until terminated by the Bank's Board of Directors, and the said law firm shall represent the Bank during the relevant proceedings as long as its authorization remains valid.

The above authority and board decision are regarding the Bank's representation before the United States Court fort the Southern District Court of New York.

We hereby inform and request you to take necessary actions.

Sincerely,

Yusuf Duran OCAK
Deputy General Manager

Osman ARSLAN
General Manager

Ticaret Sicil No: 862070, Barbaros Mahallesi Şebboy Sokak No:4/1 34746 Ataşehir/İstanbul, Tel: (216) 503 70 70, Faks: (212) 340 93 99
www.halkbank.com.tr