IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- vs –<br><br>TÜRKIYE HALK BANKASI A.S.,<br>   a/k/a "Halkbank,"<br><br>       Defendant. | Case No. 15 Cr. 867 (RMB)<br><br>NOTICE OF MOTION TO WITHDRAW AS COUNSEL BY KING & SPALDING LLP |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Andrew C. Hruska dated March 27, 2020, King & Spalding LLP ("K&S") moves this Court before the Honorable Richard Berman, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, pursuant to this Court's Local Rule 1.4, for an Order permitting K&S to withdraw as counsel for Halkbank in the above-captioned matter.

/s/ Andrew C. Hruska
Andrew C. Hruska
William F. Johnson
Katherine Kirkpatrick
Jacob Gerber
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100
*Withdrawing Attorneys for Defendant Halkbank*