**From:** Richard Berman <Richard_Berman@nysd.uscourts.gov>
**Sent:** Friday, March 27, 2020 2:39 PM
**To:** rcary@wc.com
**Subject:** US v Halkbank

Dear Mr. Cary,
Thank you for your letter of March 27, 2020 advising that Williams & Connolly is authorized to appear on behalf of Halkbank at the scheduled arraignment on March 31, 2020.  You are most welcome to participate in these proceedings.
Chelsea Talbot mentioned that she has advised you that we are holding the arraignment via tele-conference, if that is acceptable to you, and that she forwarded to you the details of participating by phone.
I look forward to meeting you.
Richard M. Berman, USDJ