**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    - vs -<br><br>**TÜRKIYE HALK BANKASI A.S.,**<br>    a/k/a "Halkbank,"<br><br>    **Defendant.** | Case No. 15 Cr. 867 (RMB)<br><br>**MOTION TO APPEAR** *PRO HAC VICE* **FOR DEFENDANT TÜRKIYE HALK BANKASI A.Ş.** |

    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, James W. Kirkpatrick, hereby move this Court for admission *pro hac vice* to appear as counsel for Defendant Halkbank in the above-captioned action.

    I am a member in good standing of the Bar of Missouri and the Bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I rely upon the accompanying affidavit and proposed order.

Dated:  May 1, 2020                         Respectfully submitted,

                                                     /S/ James Kirkpatrick
                                               _____
                                               James W. Kirkpatrick
                                               Williams & Connolly LLP
                                               725 Twelfth Street, N.W.
                                               Washington, DC 20005
                                               Telephone: (202) 434-5417
                                               Facsimile: (202) 434-5029
                                               jkirkpatrick@wc.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  - vs -<br><br>TÜRKIYE HALK BANKASI A.S.,<br>  a/k/a "Halkbank,"<br><br>        Defendant. | Case No. 15 Cr. 867 (RMB)<br><br>**JAMES W. KIRKPATRICK'S AFFIDAVIT FOR ADMISSION** *PRO HAC VICE* |

Washington,            )
District of Columbia )

JAMES W. KIRKPATRICK, being duly sworn, deposes and says:

1. I am an attorney at the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005. Williams & Connolly LLP serves as counsel for Defendant Halkbank in this matter. I am fully familiar with the facts and proceedings of this case.

2. I submit this Affidavit in Support of my Motion to Appear *Pro Hac Vice* in the above-captioned matter on behalf of Defendant Halkbank.

3. I am a member in good standing of the Bar of Missouri and the Bar of the District of Columbia and there are no disciplinary proceedings presently pending against me in any jurisdiction. Certificates of Good Standings from Missouri and the District of Columbia are annexed hereto as Exhibits A and B.

4. I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I am familiar with the standards of professional conduct and rules imposed upon members of the New York bar and attorneys practicing before the Southern District of New York.

1

6. I respectfully request that I be admitted to practice *pro hac vice* in this case on behalf of Defendant Halkbank.

_____
James W. Kirkpatrick

District of Columbia
Sworn to before me this 1st
Day of May 2020.

_____
Notary Public

District of Columbia
Signed and sworn to (or affirmed) before me
on 5/1/2020 by James W. Kirkpatrick
    Date              Name(s) of Individual(s) making Statement

_____
Signature of Notarial Officer
Notary Public
Title of Office
My commission expires: 01/14/2024

2

# EXHIBIT A

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/14/2016,

## James Wills Kirkpatrick, III

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 24th day of April, 2020.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri

# EXHIBIT B



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *James Wills Kirkpatrick, III*

was duly qualified and admitted on November 3, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 29, 2020.**

*Julio A. Castillo*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# **CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Emil Joseph Bove, III
Michael Dennis Lockard
Sidhardha Kamaraju
David William Denton, Jr.
Dean Constantine Sovolos
Jonathan Rebold
United States Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
Phone: (212) 637-2200
Fax: (212) 637-2443
Emil.Bove@usdoj.gov
michael.lockard@usdoj.gov
sidhardha.kamaraju@usdoj.gov
david.denton@usdoj.gov
dean.sovolos@usdoj.gov
jonathan.rebold@usdoj.gov

                                                          /S/ James Kirkpatrick
                                                          _____
                                                          James W. Kirkpatrick