MANDATE

S.D.N.Y. – N.Y.C.
15-cr-867
Berman, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of February, two thousand twenty.

Present:
> Amalya L. Kearse,
> Richard J. Sullivan,
> Joseph F. Bianco,
> > *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 05 2020

In re Turkiye Halk Bankasi A.S.,

>> *Petitioner*.

Turkiye Halk Bankasi A.S.,
>> *Petitioner*,

> v.      19-4203

United States of America,

>> *Respondent*.

Petitioner seeks a writ of mandamus and moves for a stay of the district court's criminal proceeding pending decision on the mandamus petition. Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioner has not demonstrated that it lacks an adequate, alternative means of obtaining relief, that its right to the writ is clear and indisputable, or that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004); *see also United States v. McLaughlin*, No. 19-308, 2019 WL 7602324 (2d Cir. Dec. 30, 2019) (reviewing de novo, on appeal from final judgment, district court's determination that it had personal jurisdiction over criminal defendant); *United States v. Levy*, 947 F.2d 1032, 1034 (2d Cir. 1991) (dismissing interlocutory appeal from an order denying motion to dismiss indictment for lack of personal jurisdiction, because "challenges to [subject

MANDATE ISSUED ON 05/05/2020

matter and personal] jurisdiction may be fully vindicated on appeal from a final judgment"). It is further ORDERED that the stay motion is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe* [signature with Second Circuit seal]

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe* [signature with Second Circuit seal]

2