USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2020

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- vs -

TÜRKIYE HALK BANKASI A.S.,
a/k/a "Halkbank,"

Defendant.

Case No. 15 Cr. 867 (RMB)

**PROPOSED ORDER FOR ADMISSION OF COUNSEL *PRO HAC VICE***

The motion of Simon A. Latcovich, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of Virginia, the Bar of Maryland, and the Bar of the District of Columbia, and that his contact information is as follows:

> Simon A. Latcovich
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, DC 20005
> Telephone: (202) 434-5967
> Facsimile: (202) 434-5029
> slatcovich@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Halkbank in the above entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/14/2020

_____
Richard M. Berman
United States District Judge