UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                 Government,             :        15 Cr 867 (RMB)
                                          :
    - against -                         :        **ORDER**
                                          :
HALKBANK,                                 :
                 Defendant.              :
-----------------------------------------------------------------x

       Based upon the submissions of Defense, dated May 29, 2020, and the Government, dated June 1, 2020, the Court determines as follows:

       1- The June 9, 2020 conference is adjourned to June 30, 2020 at 9:00 am;

       2- Counsel should be prepared to set an expedited motion schedule, if motions are being made, and a trial date at the June 30, 2020 conference;

       3- The Court anticipates that the conference will be an AT&T teleconference. The parties will receive by email the dial in information prior to the conference;

       4- The public is entitled and welcome to attend the conference and the dial in information will be publicly available prior to the conference;

       5- Time is excluded, pursuant to the Speedy Trial Act (18 U.S.C. § 3161) until the June 30, 2020 conference for the reasons set forth in the Defense letter dated May 29, 2020, and the Government letter dated June 1, 2020, including preventing any miscarriage of justice, facilitating communications between Defense counsel and their client, and ensuring preparation by counsel for the Government and the Defense.

Dated: New York, New York
       June 2, 2020

                                                                   _Richard M. Berman_
                                                    **RICHARD M. BERMAN, U.S.D.J.**