**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

TURKIYE HALK BANKASI A.S.,
A/K/A HALKBANK,
                Defendant.
------------------------------------------------------------X

15 CR. 867 (RMB)

**ORDER**

        The conference scheduled for Tuesday, June 30, 2020 at 9:00 AM will be held via video conference. Counsel will receive a link for video participation.

        Members of the public and the press can access the hearing by dialing: +1 917-933-2166, and entering the Conference ID: 296217272.

Dated: June 26, 2020
       New York, NY

                                          RICHARD M. BERMAN
                                              U.S.D.J.