UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TÜRKIYE HALK BANKASI A.Ş.,<br><br>Defendant. | S6 15 Cr. 867 (RMB) |

**DEFENDANT TÜRKIYE HALK BANKASI A.Ş.'S MOTION TO STAY**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and materials cited therein, the undersigned will move this Court before the Honorable Richard M. Berman, in Room 17B of the United States District Court, 500 Pearl Street, New York, New York, 10007, for an order staying all further proceedings in this case, including all deadlines, pending resolution of Halkbank's petition for mandamus from the Second Circuit regarding the Court's denial of Halkbank's motion to recuse the assigned judge.

Halkbank has conferred with counsel for the government, who has indicated that the government opposes the requested relief.

Dated: August 25, 2020                     Respectfully submitted,

                                           WILLIAMS & CONNOLLY LLP

                                           /S *Robert M. Cary*
                                           Robert M. Cary
                                           Simon A. Latcovich
                                           James W. Kirkpatrick
                                           Damayanti Desai
                                           725 Twelfth Street, N.W.
                                           Washington, D.C. 20005

1

650 Fifth Ave., Suite 1500
New York, New York 10019
Phone: (202) 434-5000
Fax:     (202) 434-5029
Email: rcary@wc.com
           slatcovich@wc.com
           jkirkpatrick@wc.com
           ddesai@wc.com