**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                                             :          15 Cr. 867 (RMB)
                          - against -        :
                                             :          **ORDER**
HALKBANK                                      :
                          Defendants.        :
------------------------------------------------------------x

     Please be advised that any submissions currently scheduled for September 7, 2020 (a court holiday) may be submitted by 6:00 p.m. on September 8, 2020.

Dated: New York, New York
      September 5, 2020

_____
**RICHARD M. BERMAN, U.S.D.J.**