**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                                          :   15 Cr. 867 (RMB)
            - against -                   :
                                          :   **ORDER**
HALKBANK                                  :
                        Defendants.       :
-------------------------------------------------------------x

The Court plans to hear oral argument via teleconference on Friday, September 18, 2020 at 9:30 a.m. regarding Halkbank's motion to dismiss the Indictment.

Each party will have up to twenty (20) minutes, including time reserved for rebuttal. Counsel for Halkbank will go first.

Dial-in instructions are as follows:

Teleconference Number: 1-877-336-1829

Access Code: 6265989

Interested parties and counsel should contact Chambers via email, at bermannysdchambers@nysd.uscourts.gov by Thursday, September 17, 2020 noon, to obtain the security code needed to participate.

Dated: New York, New York
       September 10, 2020

_____
**RICHARD M. BERMAN, U.S.D.J.**

1