**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

Southern _____ District of New York _____

E C E I V E
UCT 09 2020
S.D.N.Y. - APPEALS

Caption:

United States _____ v.

Turkiye Halk Bankasi A.S.

Docket No.: S6 15 Cr. 867 (RMB)

Hon. Richard M. Berman
(District Court Judge)

Notice is hereby given that _Defendant Turkiye Halk Bankasi A.S._ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ____, other | ✔ _order denying dismissal on sovereign immunity grounds_

(specify)

entered in this action on _October 1, 2020_____. see attachment.
                              (date)

This appeal concerns: Conviction only |____  Sentence only |___|  Conviction & Sentence |____  Other | ✔

Defendant found guilty by plea |   | trial |   | N/A | ✔ .

Offense occurred after November 1, 1987?  Yes | ✔   No |   N/A |

Date of sentence: _____ N/A | ✔ |

Bail/Jail Disposition: Committed |____  Not committed |   N/A | ✔

Appellant is represented by counsel? Yes ✔ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Robert M. Cary, Williams & Connolly LLP |
| Counsel's Address: | 725 Twelfth Street, N.W., Washington, D.C. 20005 |
| | 650 Fifth Ave., Suite 1500, New York, New York 10019 |
| Counsel's Phone: | (202) 434-5000 |
| Assistant U.S. Attorney: | Michael D. Lockard |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | (212) 637-2193 |

Robert M. Cary / TSA
Signature

```
Court Name: District Court
Division: 1
Receipt Number: 465401267998
Cashier ID: Swooten
Transaction Date: 10/09/2020
Payer Name: TURKIYE HALK BANKASI A.S.

NOTICE OF APPEAL/DOCKETING FEE
 For: TURKIYE HALK BANKASI A.S.
  Amount:        $505.00

CREDIT CARD
 Amt Tendered: $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

15CR000867
```

## ATTACHMENT TO TÜRKIYE HALK BANKASI A.Ş.'S NOTICE OF APPEAL

Türkiye Halk Bankasi A.Ş.'s notice of appeal dated October 9, 2020, covers the Order of this Court, entered in this case on October 1, 2020 (ECF No. 674), to the extent that the Order denied Defendant's motion to dismiss on grounds of foreign sovereign immunity and asserted subject matter jurisdiction, and from all interlocutory orders inextricably intertwined with or necessary to ensure meaningful review of the immediately appealable issue. This appeal arises from the same district court action that is the subject of the pending mandamus petition docketed in the Second Circuit as Case No. 20-3008.