

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 30, 2020

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Turkiye Halk Bankasi, A.S.,**
           **S6 15 Cr. 867 (RMB)**

Dear Judge Berman:

      The Government respectfully requests a conference pursuant to Section 2 of the Classified Information Procedures Act. For the reasons set forth in the Government's attached *ex parte* supplement, the Government asks that the Court hold the conference *ex parte* and *in camera*.

                                  Respectfully submitted,

                                    AUDREY STRAUSS
                                    Acting United States Attorney

               by:    /s/
                      Michael D. Lockard / Sidhardha Kamaraju / David
                      W. Denton, Jr. / Jonathan Rebold / Kiersten Fletcher
                      Assistant United States Attorneys
                      (212) 637-2193/6523/2744/2512/2238