# Exhibit C

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

SIMON A. LATCOVICH
(202) 434-5967
slatcovich@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 17, 2020

<u>Via Email</u>

Michael Dennis Lockard
Sidhardha Kamaraju
David William Denton, Jr.
Jonathan Rebold
Kiersten Fletcher
United States Attorney's Office for the Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re: *United States v. Turkiye Halk Bankasi, A.S., a/k/a "Halkbank,"* No. S6 15 CR. 867 (RMB)

Dear Counsel:

      I write regarding the custodian data that you told us we would receive last week. I informed you three weeks ago that the nearly 1.3 million emails you produced to us inexplicably lacked a custodian metadata field, which is critical to our review of the documents. During our November 10 meet and confer, you said that the data was nearly ready and that you hoped to send it to us "in the next day or two." On November 11, I wrote to you memorializing this assurance. It has now been a week since our meet and confer, and we still have not received the data or an explanation for the delay. When can we expect to receive it?

Sincerely,

Simon Latcovich