LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

ROBERT M. CARY
(202) 434-5175
rcary@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 15, 2021

> The Court is aware of the stay. No action by the District Court is called for or appropriate at this time.
>
> SO ORDERED:
> Date: 1/21/2021
> Richard M. Berman, U.S.D.J.

Via ECF

Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Türkiye Halk Bankasi A.Ş.*, S6 15 Cr. 867 (RMB)

Dear Judge Berman:

Türkiye Halk Bankasi A.Ş. (Halkbank) respectfully moves this Court to vacate all pretrial, trial, and related deadlines in this case pursuant to the Second Circuit's December 23, 2020 order staying all proceedings during the pendency of Halkbank's foreign sovereign immunity appeal.

On August 10, 2020, Halkbank moved to dismiss the operative indictment on foreign sovereign immunity grounds. ECF No. 646. This Court denied that motion on October 1, 2020. ECF No. 674. Halkbank appealed to the Second Circuit, which granted a stay during the pendency of that appeal. ECF Nos. 679, 696. Pursuant to that court's expedited scheduling order, all briefs are to be filed by March 17, 2021. Order, Case No. 20-3499 (2d Cir. Dec. 23, 2020), ECF No. 50. During the pendency of Halkbank's appeal, this Court "may take actions only in aid of the appeal or to correct clerical errors, and may not adjudicate substantial rights directly involved in the appeal." *Int'l Ass'n of Machinists & Aerospace Workers, AFL-CIO v. E. Air Lines, Inc.*, 847 F.2d 1014, 1017 (2d Cir. 1988) (internal quotation marks and citations omitted).

Halkbank respectfully moves this Court to vacate all pretrial, trial, and related deadlines in this Court. Many of the deadlines will expire before the Second Circuit takes the case under submission. *See* ECF No. 686 (current scheduling order). Halkbank respectfully suggests this Court order the parties to file a joint status report no later than ten days after the Second Circuit's mandate issues. Undersigned counsel has conferred with counsel for the government who takes no position on the requested relief.

WILLIAMS & CONNOLLY LLP
January 15, 2021
Page 2

                                                    Respectfully,

                                                    /S *Robert M. Cary*

                                                    Robert M. Cary