LAW OFFICES
# WILLIAMS & CONNOLLY LLP

ROBERT M. CARY
(202) 434-5175
rcary@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 14, 2023

<u>Via ECF</u>

Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Türkiye Halk Bankasi A.Ş.*, S6 15 Cr. 867 (RMB)

Dear Judge Berman:

Defendant Türkiye Halk Bankası A.Ş. ("Halkbank") respectfully moves to withdraw the appearance of Damayanti Desai and requests that Your Honor direct the Clerk of Court to terminate her appearance on this docket. Ms. Desai is no longer employed by Williams & Connolly LLP and wishes to withdraw her appearance.

Respectfully,

/s/

Robert M. Cary

---

Application granted. Clerk's Office is respectfully requested to terminate the appearance of Damayanti Desai from this case.

SO ORDERED:
Date: 12/14/23

Richard M. Berman, U.S.D.J.