Case 1:15-cr-00867-RMB Document 746-1 Filed 02/13/25 Page 1 of 1

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

1:15-cr-00867-RMB-10

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand twenty-four.

Before:    Amalya L. Kearse,
               José A. Cabranes,
               Joseph F. Bianco,
                  *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 18 2024
```

United States of America,

        Appellee,

**ORDER**

Docket No. 20-3499

v.

Turkiye Halk Bankasi A.S., AKA Halkbank,

        Defendant - Appellant,

Reza Zarrab, AKA Riza Sarraf, Camelia Jamshidy, AKA Kamelia Jamshidy, Hossein Najafzadeh, Mohammad Zarrab, AKA Can Sarraf, AKA Kartalmsd, Mehmet Hakan Atilla, Mehmet Zafer Caglayan, Abi, Suleyman Aslan, Levent Balkan, Abdullah Happani,

        Defendants.

      Appellant, Türkiye Halk Bankasi A.Ş., AKA Halkbank, filed a consent motion to stay the mandate pending the filing and disposition of its petition for a writ of certiorari. The government joins in Halkbank's request.

      IT IS HEREBY ORDERED that the motion is GRANTED and the mandate is STAYED pending the filing and disposition of Appellant's petition for a writ of certiorari. IT IS FURTHER ORDERED that this Court's order staying district court proceedings, ECF No. 49, is amended to allow the parties to take deposition testimony of Huseyin Korkmaz.

                                                           For the Court:

                                                           Catherine O'Hagan Wolfe,
                                                           Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/18/2024