LAW OFFICES

## WILLIAMS & CONNOLLY LLP

JAMES W. KIRKPATRICK
(202) 434-5417
jkirkpatrick@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 7, 2025

**MEMO ENDORSED**

<u>Via ECF</u>

Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Türkiye Halk Bankasi A.Ş.*, S6 15 Cr. 867 (RMB)

Judge Berman:

Defendant Türkiye Halk Bankası A.Ş. ("Halkbank") respectfully moves to withdraw the appearance of James Kirkpatrick and requests that Your Honor direct the Clerk of Court to terminate his appearance on this docket. As of February 8, 2025, I will no longer be employed by Williams & Connolly LLP.

Respectfully,

/s/

James W. Kirkpatrick

Application Granted.

SO ORDERED:
Date: 02/07/2025
Richard M. Berman, U.S.D.J.