**MANDATE**

1:15-cr-00867-RMB-10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 08 2025

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand twenty-four.

Before:  Amalya L. Kearse,
 José A. Cabranes,
 Joseph F. Bianco,
  *Circuit Judges*.

_____

United States of America,

　　Appellee,

v.

Turkiye Halk Bankasi A.S., AKA Halkbank,

　　Defendant – Appellant

Reza Zarrab, AKA Riza Sarraf, Camelia Jamshidy, AKA Kamelia Jamshidy, Hossein Najafzadeh, Mohammad Zarrab, AKA Can Sarraf, AKA Kartalmsd, Mehmet Hakan Atilla, Mehmet Zafer Caglayan, Abi, Suleyman Aslan, Levent Balkan, Abdullah Happani,

　　Defendants,
_____

**JUDGMENT**

Docket No. 20-3499

　　The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

　　IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



MANDATE ISSUED ON 10/07/2025