**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 15 Cr. 867 (RMB) |
| | **ORDER** |
| TÜRKİYE HALK BANKASI A.S., a/k/a "Halkbank," | |
| Defendant. | |

The Court respectfully requests that the parties appear for a status conference on Tuesday, January 27, 2026 at 11:00 AM in Courtroom 17B.

Date: December 22, 2025
New York, New York

*RMB*
**RICHARD M. BERMAN, U.S.D.J.**