UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                    Government,      :         15 Cr. 867 (RMB)
                                     :
       - against -                   :         **ORDER**
                                     :
                                     :
TURKIYE HALK BANKASI A.S.,           :
                                     :
                    Defendant.       :
------------------------------------------------------------x

The status conference previously scheduled for February 24, 2026 at 11:30 A.M has been adjourned to March 3, 2026 at 9:30 A.M.

Dated: February 24, 2026
       New York, NY

*RMB*

RICHARD M. BERMAN
U.S.D.J.