UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>TURKIYE HALK BANKASI A.S.,<br><br>Defendant. | 15 Cr. 867 (RMB)<br><br>**ORDER** |

The Court is proceeding with the March 11, 2026 conference. Among other things, the parties will be requested at the conference to explain the Deferred Prosecution Agreement and related documents.

The conference will be held at 9 A.M. in Courtroom 17B.

Date: March 9, 2026
New York, New York

*RMB*
RICHARD M. BERMAN, U.S.D.J.