**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 15 Cr. 867 (RMB) |
| | **ORDER** |
| TURKIYE HALK BANKASI A.S., | |
| Defendant. | |

The Court excludes time under the Speedy Trial Act for 90 days until Wednesday, June 10, 2026 at 9:30 A.M. See 18 U.S.C. § 3161(h)(2).

Date:   March 12, 2026
New York, New York

*RMB*
_____
**RICHARD M. BERMAN, U.S.D.J.**